# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
ANTHONY MAUTONE
UNITED STATES MAGISTRATE JUDGE

500 PROSPECT AVE.
WEST ORANGE, NJ 07052
(973) 325-5900

2010 APR 12 A 11: 57

April 6, 2010

**RECEIVED**

APR - 8 2010

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Kellyanne Kelly
Senior U.S. Probation Officer
20 Washington Place - 6th Floor
Newark, New Jersey 07102-3172

Re:  Case Title:  United States of America v. Valter M. Dos Santos
     Docket No:   08-9218

Dear Ms. Kelly:

Enclosed please find Order Pursuant to Violation of Probation Hearing and Judgment and Conviction regarding the above captioned matter.

Very truly yours,

Anthony R. Mautone
United States Magistrate Judge

ARM:ad

Enclosure

cc:  Clerk, United States District Court (Trenton)
     United States Marshals Service (Newark)
     K. Anthony Thomas, Assistant Federal Public Defender

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MAGISTRATE NO. 08-9218 |
| v. | : | ORDER PURSUANT TO VIOLATION OF PROBATION HEARING AND |
| VALTER M. DOS SANTOS. | : | JUDGMENT AND CONVICTION |

This matter having been opened to the Court on Petition by Ralph J. Marra, Jr., Acting U.S. Attorney for the District of New Jersey (Stuart T. Kirkby, Special Assistant United Stated Attorney, appearing) and Kellyanne Kelly, Senior U.S. Probation Officer of the Probation Office of the U.S. District Court of New Jersey on a Petition for Violation of Probation based upon the defendant, Valter M. Dos Santos's, violation of probation, and the defendant, Valter M. Dos Santos (K. Anthony Thomas, Assistant Federal Public Defender, appearing) following a Hearing, having pled guilty to Violation #1 of the Petition dated September 16, 2009, and for good cause having been shown;

IT IS on this 28th day of October, 2009;

ORDERED, that the defendant, Valter M. Dos Santos, is found to be in violation of the conditions of probation imposed by this Court on November 26, 2008 and April 8, 2009. Whereupon it is ordered and adjudged that the defendant be continued on supervision subject to all previously imposed standard and special conditions and the following additional special condition.

The defendant shall reside for a period of three months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the Program. The defendant shall continue out-patient drug counseling at Integrity House, Inc. The defendant should be permitted to complete community service at the Food Bank in Hillside, New Jersey, while residing in the Community Confinement Center.

_____
ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE